AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.

Paul Spigelmyer

)
)
)
)
)
)

Case: 1:21-mj-00209
Assigned to: Judge Faruqui, Zia M
Assign Date: 2/8/2021
Description: COMPLAINT W/ARREST WARRANT

_____
Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Paul Spigelmyer

who is accused of an offense or violation based on the following document filed with the court:

◻ Indictment    ◻ Superseding Indictment    ◻ Information    ◻ Superseding Information    ☒ Complaint
◻ Probation Violation Petition    ◻ Supervised Release Violation Petition    ◻ Violation Notice    ◻ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) (Restricted Buildings or Grounds)
40 U.S.C. § 5104(e)(2)(D) and (G) (Violent Entry or Disorderly Conduct)

2021.02.08
21:01:30 -05'00'

Date:    02/08/2021

*Issuing officer's signature*

City and state:    Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 02/06/2021 , and the person was arrested on *(date)* 02/10/2021 at *(city and state)* Harrisburg, PA . |
| Date: 02/10/2021 |

*Arresting officer's signature*

Alexis Eguino, SA FBI
*Printed name and title*